1

2

3

4

5              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
6                       AT SEATTLE

7    MUSAB MOHAMMED MASMARI,              CASE NO. C16-0540RSM

8                      Petitioner,        ORDER DENYING CERTIFICATE
                                          OF APPEALABILITY
9              v.

10   UNITED STATES OF AMERICA,

11                     Respondent.

12
          THIS MATTER has been remanded to this Court for the limited purpose of determining
13
     whether to issue or deny a Certificate of Appealability ("COA"). Dkt. #13. To obtain a COA
14
     and proceed with an appeal, Petitioner must make a "substantial showing of the denial of a
15
     constitutional right." 28 U.S.C. § 2253(c)(2). This demonstration "includes showing that
16
     reasonable jurists could debate whether…the petition should have been resolved in a different
17
     manner or that the issues presented were 'adequate to deserve encouragement to proceed
18
     further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S.
19
     880, 893 n. 4 (1983)). In considering the request for a COA, this Court is to specify which
20
     specific issue or issues make the required showing, or, alternatively, why a certificate should not
21
     be granted. 28 U.S.C. § 2253(c)(3).
22
          Having reviewed Petitioner's Notice of Appeal, the prior Order denying relief, the prior
23
     Order denying reconsideration, and the remainder of the record, the Court finds that Petitioner
24

1  has failed to make the requisite substantial showing for a COA.  This Court denied Petitioner's

2  ineffective assistance of counsel claims primarily because he had the opportunity to fully and

3  fairly litigate the issues on direct appeal. Dkt. #6 at 10-11. The Court also found that Petitioner

4  knowingly entered his guilty plea. Dkt. #6 at 11-12.  Petitioner has not identified any alleged

5  errors in these findings, nor has he identified any bases for a COA. *See* Dkt. #8.  On this record,

6  the Court cannot say that reasonable jurists could debate whether the Petition should have been

7  resolved in a different manner.

8          As Petitioner has failed to make the showing required under 28 U.S.C. § 2253(c)(2), the

9  request for a Certificate of Appealability is DENIED. The Clerk is directed to forward a copy of

10  this Order to Petitoiner, all counsel of record, and the Ninth Circuit Court of Appeals.

11          DATED this 9th day of September, 2016.

12

13

14  RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

ORDER DENYING CERTIFICATE OF APPEALABILITY - 2