FILED
LODGED
RECEIVED
MAIL

OCT 24 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

United States District Court
For The Western District
at Seattle

| | | |
|---|---|---|
| Musab M Masmari | § § § | No. 1635567 |
| VS | § § | D.C.No. 2:16-cv-00540-RSM |
| United State of America | § § § § | Re: Certificate of appealability<br>Motion to Abeyance |

The district court have pending rolling on certificate of appeallablity on this case. On sep 8/2016 the united state court of appeal for the ninth circuit remanded and ordered the district court this case for the limited purpose of granting or denying a certificate of appealability at the court earliest convenience. Petitioner request for the honorable court today is to put this matter on hold for few weeks, Therefore, petitioner could evidence and collect facts support the petition and motions claimed prior.

Considering the circumstances and the holidays, petitioner respectfully moves this honorable court for an extension of time.

Your time is highly appreciated.

Sincerely

Musab M Masmari                                         Oct 18/2016
Oct 18/ 2016

⇔44359-086⇔
Musab M Masmari
44359-086
Federal Correctional Institution
PO BOX 800
Herlong, CA 96113
United States

19 OCT 2016 PM 3 L

9810134442

⇔44359-086⇔
United States District
Court Clerk
700 Stewart ST
Seattle, WA 98101
United States